DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Theresa L. Poletsky | ) | |
| | ) | CASE NO.  5:07CV3877 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CMLW Enterprises, Inc., etc. | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

     This case was scheduled for trial for November 2, 2009.  On the morning of November 2, 2009, counsel and the parties assembled in the Court's chambers and the Court was advised that the parties have reached a settlement which will require periodic payments.  The settlement conference was transcribed but with the order that it not be filed unless the court so directed.

     As a consequence, this case is considered settled and the case will be dismissed, but with the understanding that upon motion of the plaintiff and for good cause shown the Court will reopen the case.

     For record purposes the Court will consider this case closed.

     IT IS SO ORDERED.

| | |
|---|---|
|   November 20, 2009 |   */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |