DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THERESA L. POLETSKY, | ) | |
| | ) | CASE NO. 5:07 CV 3877 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| CMLW ENTERPRISES, INC., and TODD RIPLEY, | ) ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the plaintiff's motion to reopen the case is granted and judgment is awarded the plaintiff, Theresa L. Poletsky, against the defendants CMLW Enterprises, Inc. and Todd Ripley, jointly and severally, in the sum of Fifteen Thousand Dollars ($15,000.00 ) and subject to the order that the settlement sum of $15,000.00 will be nondischargeable in bankruptcy.  Each party to bear its own costs.

IT IS SO ORDERED.

| | |
|---|---|
| July 21, 2010 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |